**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-62046-GAYLES/REID**
**(19-cr-60038-GAYLES)**

**MAURICE ALFONSO JOHNSON,**

    Movant,

v.

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Lisette Reid's Report of Magistrate Judge ("Report") [ECF No. 6]. On June 24, 2019, Movant Maurice Alfonso Johnson filed a Writ of Habeas Corpus (the "Motion") [ECF No. 1].[1] The case was referred to Judge Reid for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 2]. Judge Reid's Report recommended that the Motion be dismissed as premature, no certificate of appealability be issued, and the case be closed. [ECF No. 6]. No timely objections were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

---

[1] Judge Reid construed the Motion as Movant's attempt to file a pro se Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Because the Motion seeks "discharge" from Movant's criminal conviction, the Court agrees with Judge Reid's construction. [ECF No. 1, at 4].

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having reviewed the record for clear error, agrees with Judge Reid's well-reasoned analysis and findings that Movant's claims are premature.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Reid's Report and Recommendation [ECF No. 6] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Movant's Motion [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**, except as to application of the federal statute of limitations or other procedural defenses which may apply;

(3) No certificate of appealability shall be issued;

(4) This action shall be **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of October, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE